UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANE SKJOLD,<br><br>                            Petitioner,<br><br>    v.<br><br>PAT GLEBE,<br><br>                            Respondent. | Case No. C16-1349-RSL-MAT<br><br>ORDER GRANTING PETITIONER'S<br>MOTION FOR EXTENSION OF TIME |

This is a federal habeas action brought under 28 U.S.C. § 2254. This matter comes before the Court at the present time on petitioner's motion for an extension of time to file a response to respondent's answer to petitioner's federal habeas petition. Respondent has not opposed the requested extension. The Court, having considered petitioner's motion, and the balance of the record, hereby ORDERS as follows:

(1) Petitioner's unopposed motion for extension of time (Dkt. 20) is GRANTED. Petitioner is directed to file his response to respondent's answer not later than *March 27, 2017*.

(2) Respondent's answer (Dkt. 14) is RENOTED on the Court's calendar for consideration on *March 31, 2017*. Respondent shall file any reply brief in support of his answer by that date.

/ / /

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME - 1

(3)     The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Robert S. Lasnik.

DATED this 13th day of March, 2017.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME - 2