UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHANE SKJOLD,

    Petitioner,

v.

PAT GLEBE,

    Respondent.

Case No. C16-1349-RSL

ORDER DISMISSING FEDERAL HABEAS ACTION

The Court, having reviewed petitioner's federal habeas petition, respondent's answer to the petition, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted;

(2) Petitioner's petition for writ of habeas corpus (Dkt. 4) is DENIED, and this action is DISMISSED with prejudice;

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED; and

/ / /

/ / /

ORDER DISMISSING FEDERAL
HABEAS ACTION - 1

1  (4)  The Clerk is directed to send copies of this Order to petitioner, to counsel for
2  respondent, and to the Honorable Mary Alice Theiler.

3  DATED this 19th day of June, 2017.

ROBERT S. LASNIK
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS ACTION - 2